IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Victor Eduardo MIZUGAY GALLEGO,<br><br>Defendant. | Case No. 03:20-MJ-00605MMS<br><br>Dec 22 2020 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew E Grow, Jr., United States Postal Inspector ("USPIS"), being duly sworn, depose and state that:

### I. BACKGROUND AND EXPERIENCE OF AFFIANT

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

2. I have been a Postal Inspector since July 2016 and I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for investigation of control substance law violations involving the United States mail.

3. As part of my duties as a U.S. Postal Inspector, I investigate drug trafficking organizations, including their smuggling routes and the techniques that they use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and

suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have also conducted and/or participated in investigations which have resulted in the seizure of marijuana, cocaine hydrochloride, opium, heroin, methamphetamine, MDMA (ecstasy), prescription medications, firearms, cellular phones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances which have added to my knowledge of the illegal drug culture that exists in Alaska.

## II. PURPOSE OF AFFIDAVIT

This Affidavit is presented in support of a criminal complaint and request for the issuance of arrest warrant against and for Victor Eduardo MIZUGAY-GALLEGO for whom I submit there is probable cause to believe that he did knowingly and intentionally attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21 United States Code, Section 846, 841(a)(1) and (b)(1)(A). I have not set forth in this affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

## III. PROBABLE CAUSE STATEMENT

1. On December 16, 2020, Priority Mail Parcel 9505 5116 3494 0350 6740 54 was identified as being suspicious by Postal Inspectors and was addressed to "Cheyanne Hill,


Dec 22 2020

9311 Long ST, Anchorage, AK 99515" from "Robert Hill, 336 E Belmont Ave, PHX, AZ 85020" (Herein referred to as the Subject Parcel.) On December 20, 2020, Postal Inspectors located the Subject Parcel at the Huffman Post Office

2. On December 20, 2020, a Federal Search Warrant was granted by the Honorable Matthew M. Scoble, US Magistrate Judge for the Subject Parcel. The Subject Parcel was searched pursuant to the warrant that same day and was found to contain approximately 2,706.39 gross grams of a white/clear crystalline substance which field tested positive for methamphetamines that were in two (2) clear Ziploc bags, then individually sealed in vacuum bags, wrapped in saran wrap which on multiple layers had a product that was consistent with Vicks vapor rub, then wrapped in duct tape. The two bundles were then placed inside of an instant pot and the instant pot was packed in its original packaging. The instant pot box was placed inside of the Subject Parcel and padded with bubble wrap.

3. On December 20, 2020 a Federal Order for the Installation and Monitoring of an Electronic Alerting and Tracking Device was subsequently granted for the Subject Parcel by the Honorable Matthew M Scoble, US Magistrate Judge.

4. On December 20, 2020 the US Postal Inspectors installed alerting and tracking devices pursuant to the court's order. A representative sample of the original suspected methamphetamine was included within the instant pot box inside of the Subject Parcel and the contents of the Subject Parcel were repackaged. Later that same day, Anchorage US Postal Inspectors, Anchorage Police Department and Drug Enforcement Administration executed a controlled delivery of the Subject Parcel to the target address located at 9311 Long St, Anchorage, AK 99515.

5. The Subject Parcel was delivered at 11:51 PM at the recipient address 9311 Long


Dec 22 2020

St, Anchorage, AK 99515.

6. At approximately 4:45 PM, the installed alerting and tracking devices indicated that the Subject Parcel had been opened and was located inside of 9311 Long St, Anchorage, AK 99515. Investigators then entered the residence pursuant to the Federal Order to retrieve the Subject Parcel and its contents. Investigators knocked and announced loudly police presence and confronted MIZUGAY-GALLEGO at the front door. MIZUGAY-GALLEGO was taken into custody.

7. Inside the residence investigators observed the Subject Parcel opened, its internal components removed, and strewn across the floor in a bedroom. The instant pot box containing the GPS tracker and representative sample was located on the floor next to the Subject Parcel. The monitoring device which emitted the break-tone was recovered in its original position inside of the Subject Parcel. On the floor next to the Subject Parcel was a vacuum sealer and the sham from inside of the Subject Parcel.

8. When investigators made contact with MIZUGAY-GALLEGO, he had gloves on his hands. The gloves and MIZUGAY-GALLEGO clothing bore evidence of them handling the internal contents of the Subject Parcel.

9. During a mirandized interview, MIZUGAY-GALLEGO stated he knew the contents of the Subject Parcel was narcotics and had received two prior USPS parcels containing narcotics, specifically heroin.

10. On December 21, 2020, a Federal Search Warrant was obtained and executed on 9311 Long St, Anchorage, AK 99515 and MIZUGAY-GALLEGO provided consent to search his hotel room.

11. As a result of a Federal Search Warrant and the consent search of the hotel room,

 Dec 22 2020

USPS parcels of previously identified suspicious parcels and the internal packaging with suspected narcotics residue, multiple cellphones, cash consistent with narcotics trafficking, vacuum sealer and bags, ledgers consistent with narcotics trafficking, approximately 834.4 gross grams of suspected cocaine, approximately 393.2 gross grams of suspected methamphetamine, and approximately 337.5 gross grams of suspected heroin was seized or photographed from the residence.

Respectfully submitted,

Andrew E. Grow, Jr.
Postal Inspector, USPIS
Anchorage Domicile

Subscribed digitally and sworn to telephonically on: December 22, 2020.

UNITED STATES MAGISTRATE JUDGE